# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Chenega Integrated Mission Support, LLC ) | ASBCA No. 61231 |
| ) | |
| Under Contract No. FA9401-13-0001 ) | |

APPEARANCE FOR THE APPELLANT:    Mark G. Jackson, Esq.
    Jackson Rosenfield LLP
    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Colby L. Sullins, Esq.
    Jason R. Smith, Esq.
    Trial Attorneys

## ORDER OF DISMISSAL

The Board docketed this appeal on 26 June 2017. By letter dated 16 October 2017, prior to filing its complaint, appellant moved to withdraw the appeal without prejudice. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: 18 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61231, Appeal of Chenega Integrated Mission Support, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals